HUTTON & BOURBONNAIS COMPANY v. WOOD HORTON, LARKIN HORTON, CHARLIE HORTON, AND ROBERT WELCH.

(Filed 1 December, 1920.)

MOTION in the cause for judgment, according to the opinion of the Supreme Court, heard before *Adams, J.;* from CALDWELL.

The defendant tendered a judgment, which the court refused to sign. From the judgment rendered the defendant appealed.

*Councill & Yount and Mark Squires for plaintiff.*
*W. C. Newland and Hackett & Gilreath for defendant.*

PER CURIAM. This cause was finally determined by this Court, Fall Term, 1919, and is reported 178 N. C., 548. Upon the coming down of the opinion, the defendant tendered a judgment, which the court refused to sign. The court rendered the following judgment:

Upon consideration of the certificate of the Supreme Court filed herein, it is therefore ordered that the former judgment be, and it is, affirmed, as to Wood Horton and Larkin Horton, and as to Charlie Horton and Robert Welch the action is dismissed. The said Charlie Horton and Robert Welch will recover their costs in the Superior Court.

W. J. ADAMS,
Judge Presiding.

We are of opinion that the judgment rendered by his Honor is in strict conformity with the opinion of this Court.

Affirmed.

———————

STATE v. WILLIAM CARRINGTON ET AL.

(Filed 24 December, 1920.)

APPEAL by defendant from *Calvert, J.,* at the June Special Term, 1920, of DURHAM.

This is an indictment against three defendants for the larceny of tobacco, the property of the Imperial Tobacco Company.

At the conclusion of the evidence there was a motion for judgment of nonsuit, which was overruled, and the defendants excepted.

There was a verdict of guilty, and an appeal from the judgment pronounced thereon to the Supreme Court.

STATE *v.* WHITMAN; DOVERSPIKE *v.* LUMBER CO.

*Attorney-General Manning and Assistant Attorney-General Nash for the State.*

*Brawley & Gantt for defendant.*

PER CURIAM. We have examined the evidence carefully and are of opinion that it is ample to sustain the verdict.

The evidence of the witness Fallon, which was objected to, was clearly competent as tending to prove the loss of the tobacco.

No error.

---

### STATE v. M. C. WHITMAN AND MYRTLE RUSSELL.

(Filed 24 December, 1920.)

APPEAL by defendants from *Lane, J.,* at the September Term, 1920, of ROWAN.

The defendants were convicted of the crime of fornication and adultery and appealed from the judgment pronounced on the verdict.

The exception relied on is to the refusal to nonsuit.

*Attorney-General Manning and Assistant Attorney-General Nash for the State.*

*Maness & Armfield, Whitehead Klutzz, Walter Woodson, and J. M. Waggoner for defendants.*

PER CURIAM. The evidence in behalf of the State is much stronger than in *S. v. Waller,* 80 N. C., 401, the case relied on by the defendants, and is ample to sustain the verdict and the cross-examination of the defendant Whitman shows that the jury made no mistake.

We see no reason for disturbing the verdict.

No error.

---

### N. M. DOVERSPIKE v. PARSONS PULP AND LUMBER COMPANY.

(Filed 24 December, 1920.)

CIVIL ACTION, tried before *Webb, J.,* at July Term, 1920, of HAYWOOD. The motion to nonsuit was sustained. Plaintiff appealed.

*Morgan & Ward and Felix E. Alley for plaintiff.*

*Merrimon, Adams & Johnston for defendant.*